**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SCOTT BERNSTEIN, GINA GREEDER, AND JAMES LONERGAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>COINBASE GLOBAL, INC. AND COINBASE, INC.,<br><br>    Defendants. | Civil Case No. 1:25-cv-05313<br><br>Hon. Sharon Johnson Coleman,<br> Judge<br><br>Hon. Young B. Kim,<br> Magistrate Judge |

**DEFENDANTS' MOTION FOR AN EXTENSION**
**OF TIME TO RESPOND TO THE COMPLAINT**

Defendants Coinbase Global, Inc. and Coinbase, Inc. (collectively, "Coinbase" or "Defendants"), by and through their undersigned counsel, hereby submit this Motion for an Extension of Time to Respond to the Complaint and, in support thereof, state as follows:

1. On May 13, 2025, Plaintiffs Scott Bernstein, Gina Greeder, and James Lonergan filed a class action complaint (ECF No. 1, "Complaint" or "Compl.") against Coinbase, alleging violations of the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS § 14/1, *et seq.* and the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS § 505/10a(c).

2. On May 14, 2025, Plaintiffs filed Coinbase's Waivers of the Service of Summons (ECF Nos. 10-11), pursuant to which Coinbase's deadline to respond to the Complaints was set at 60 days from May 14, 2025, *i.e.*, by July 14, 2025.

3. On June 30, 2025, Coinbase's counsel informed Plaintiffs' counsel that Coinbase intends to file a motion to stay all proceedings in this matter pending a decision by the Seventh Circuit in *Cisneros v. Nuance Communications, Inc.*, No. 24-2982 ("*Cisneros*"). As Coinbase's

counsel explained to Plaintiffs' counsel and as set forth in Coinbase's Motion To Stay Proceedings, filed concurrently herewith ("Stay Motion"), Coinbase intends to move to dismiss the Complaint on the basis that, among other things, it is a financial institution exempt from BIPA and the Seventh Circuit's decision in *Cisneros* – which will address BIPA's financial institution exemption in the context of a motion to dismiss – will provide clarity to briefing in this case such that a short stay will prevent unnecessary briefing (and possibly appeal), promote efficiency, and conserve judicial resources.

4. On July 1, 2025, Plaintiffs' counsel informed Coinbase's counsel that Plaintiffs do not consent to a stay.

5. While Coinbase believes that, for the reasons set forth in its Stay Motion, this proceeding should be briefly stayed pending the outcome of the *Cisneros* appeal, given the impending July 14, 2025, deadline to respond to the Complaint, Coinbase respectfully requests an extension of time to answer, move, or otherwise respond to the Complaint by twenty (20) days after (a) the Court denies the Stay Motion or (b) the Court lifts any stay it grants in response to the Stay Motion. Irrespective of the request for a stay in this matter, Coinbase will need an extension of time to continue investigating complex issues and preparing an appropriate responsive pleading.

6. Counsel for Coinbase and Plaintiffs have conferred, and Plaintiffs did not consent to Coinbase's requested extension of time.

7. This is the first request for additional time sought by Coinbase in this action.

8. Coinbase's request will not prejudice any party to this case. This request is made in good faith and not for purposes of delay.

WHEREFORE, Coinbase respectfully requests that the Court grant the instant motion and enter an Order extending the time for Coinbase to answer, move, or otherwise respond to the Complaint by twenty (20) days after (a) the Court denies the Stay Motion or (b) the Court lifts any stay it grants in response to the Stay Motion.

Dated: July 3, 2025

/s/ William E. Ridgway
William E. Ridgway (6325417)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
320 South Canal
Chicago, IL 60606
Telephone: (312) 407-0700
william.ridgway@skadden.com

Michael W. McTigue Jr. (NY Bar #5964192)
Meredith C. Slawe (NY Bar #5964226)
Colm P. McInerney (NY Bar #4422309)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
michael.mctigue@skadden.com
meredith.slawe@skadden.com
colm.mcinerney@skadden.com

*Counsel for Defendants Coinbase Global, Inc. and Coinbase, Inc.*