# Exhibit A

 Outlook

---

**RE: [EXTERNAL]RE: Bernstein et al. v. Coinbase Global, Inc. et al., Case No. 1:2025-cv-05313**

**From** Fee, James M. <jfee@labaton.com>

**Date** Fri 6/20/2025 12:23 PM

**To** McInerney, Colm P <Colm.McInerney@skadden.com>; Slawe, Meredith C <Meredith.Slawe@skadden.com>; McTigue Jr., Michael W <Michael.McTigue@skadden.com>

**Cc** Gardner, Jonathan <jgardner@labaton.com>; Villegas, Carol C. <cvillegas@labaton.com>; Waisnor, Jonathan <jwaisnor@labaton.com>; Izzo, Danielle <dizzo@labaton.com>; Mark Miller <mrm@wallacemiller.com>; Matthew J. Goldstein <mjg@wallacemiller.com>; Ridgway, William (CHI) <William.Ridgway@skadden.com>

Colm,

We are available at the following times through 7/1 (all times ET):

- 6/24 – 11 a.m. – 1 p.m.;
- 6/25 – 11 a.m. – 12:30 p.m.;
- 6/26 – 10 a.m. – 11 am.; 12:30 p.m. – 3 p.m.;
- 6/30 – 12:30 p.m. – 3 p.m.; and
- 7/1 – 11 a.m. – 12 p.m.; 4 p.m. – 5 p.m.

Please let us know if there a block of time in those windows that works for your side.

Thank you,
James

---

**From:** Fee, James M.
**Sent:** Wednesday, June 18, 2025 2:04 PM
**To:** McInerney, Colm P <Colm.McInerney@skadden.com>; Slawe, Meredith C <Meredith.Slawe@skadden.com>; McTigue Jr., Michael W <Michael.McTigue@skadden.com>
**Cc:** Gardner, Jonathan <jgardner@labaton.com>; Villegas, Carol C. <cvillegas@labaton.com>; Waisnor, Jonathan <jwaisnor@labaton.com>; Izzo, Danielle <dizzo@labaton.com>; Mark Miller <mrm@wallacemiller.com>; Matthew J. Goldstein <mjg@wallacemiller.com>; Ridgway, William (CHI) <William.Ridgway@skadden.com>
**Subject:** RE: [EXTERNAL]RE: Bernstein et al. v. Coinbase Global, Inc. et al., Case No. 1:2025-cv-05313

Thank you for your message, Colm. We will check our calendars and get back to you with some options for the next two weeks.

Thank you,
James

---

**From:** McInerney, Colm P <Colm.McInerney@skadden.com>
**Sent:** Tuesday, June 17, 2025 12:09 PM
**To:** Fee, James M. <jfee@labaton.com>; Slawe, Meredith C <Meredith.Slawe@skadden.com>; McTigue Jr., Michael W <Michael.McTigue@skadden.com>
**Cc:** Gardner, Jonathan <jgardner@labaton.com>; Villegas, Carol C. <cvillegas@labaton.com>; Waisnor, Jonathan <jwaisnor@labaton.com>; Izzo, Danielle <dizzo@labaton.com>; Mark Miller <mrm@wallacemiller.com>; Matthew J. Goldstein <mjg@wallacemiller.com>; Ridgway, William (CHI) <William.Ridgway@skadden.com>
**Subject:** RE: [EXTERNAL]RE: Bernstein et al. v. Coinbase Global, Inc. et al., Case No. 1:2025-cv-05313

Caution! This message was sent from outside your organization.

Allow sender | Block sender | Report

Counsel:

As you note below, the status report is due by July 9. We are unavailable at the times you list below. Please propose some dates/times for the next two weeks and we will confirm availability on our end.

Thank you,

Colm

**From:** Fee, James M. <jfee@labaton.com>
**Sent:** Tuesday, June 17, 2025 11:29 AM
**To:** Slawe, Meredith C (NYC) <Meredith.Slawe@skadden.com>; McTigue Jr., Michael W (NYC) <Michael.McTigue@skadden.com>; McInerney, Colm P (NYC) <Colm.McInerney@skadden.com>
**Cc:** Gardner, Jonathan <jgardner@labaton.com>; Villegas, Carol C. <cvillegas@labaton.com>; Waisnor, Jonathan <jwaisnor@labaton.com>; Izzo, Danielle <dizzo@labaton.com>; Mark Miller <mrm@wallacemiller.com>; Matthew J. Goldstein <mjg@wallacemiller.com>; Ridgway, William (CHI) <William.Ridgway@skadden.com>
**Subject:** [Ext] RE: [EXTERNAL]RE: Bernstein et al. v. Coinbase Global, Inc. et al., Case No. 1:2025-cv-05313

Counsel,

We write for the third time to request your availability for a meet and confer pursuant to the Court's May 15, 2025 order. Our availability tomorrow (6/18) and Friday (6/20) remains between 9 a.m. and 11:30 a.m. ET.

Thank you,
James

**From:** Fee, James M.
**Sent:** Monday, June 16, 2025 8:46 AM
**To:** Slawe, Meredith C <Meredith.Slawe@skadden.com>; McTigue Jr., Michael W <Michael.McTigue@skadden.com>; McInerney, Colm P <Colm.McInerney@skadden.com>
**Cc:** Gardner, Jonathan <jgardner@labaton.com>; Villegas, Carol C. <cvillegas@labaton.com>; Waisnor, Jonathan <jwaisnor@labaton.com>; Izzo, Danielle <dizzo@labaton.com>; Mark Miller <mrm@wallacemiller.com>; Matthew J. Goldstein <mjg@wallacemiller.com>; Ridgway, William (CHI) <William.Ridgway@skadden.com>
**Subject:** RE: [EXTERNAL]RE: Bernstein et al. v. Coinbase Global, Inc. et al., Case No. 1:2025-cv-05313

Counsel,

We never received a response from you on the request below from four days ago, which was made pursuant to an order from the Court so that the parties can prepare the status report due on 7/9/25. Given your failure to respond, meeting today is no longer an option. Please let us know your availability on 6/17/25. We are also available on 6/18/25 and 6/20/25 between 9 a.m. and 11:30 a.m. ET.

Thank you,
James

**From:** Fee, James M.
**Sent:** Thursday, June 12, 2025 12:11 PM
**To:** Slawe, Meredith C <Meredith.Slawe@skadden.com>; McTigue Jr., Michael W
<Michael.McTigue@skadden.com>; McInerney, Colm P <Colm.McInerney@skadden.com>
**Cc:** Gardner, Jonathan <jgardner@labaton.com>; Villegas, Carol C. <cvillegas@labaton.com>; Waisnor, Jonathan
<jwaisnor@labaton.com>; Izzo, Danielle <dizzo@labaton.com>; Mark Miller <mrm@wallacemiller.com>; Matthew
J. Goldstein <mjg@wallacemiller.com>; Ridgway, William (CHI) <William.Ridgway@skadden.com>
**Subject:** RE: [EXTERNAL]RE: Bernstein et al. v. Coinbase Global, Inc. et al., Case No. 1:2025-cv-05313

Counsel:

Please advise us of your availability on 6/16/25 and 6/17/25 to meet and confer pursuant to the
Court's 5/15/25 minute entry (ECF No. 12).

Thank you,
James

---

**From:** Slawe, Meredith C <Meredith.Slawe@skadden.com>
**Sent:** Thursday, May 15, 2025 10:50 AM
**To:** Fee, James M. <jfee@labaton.com>; McTigue Jr., Michael W <Michael.McTigue@skadden.com>; McInerney,
Colm P <Colm.McInerney@skadden.com>
**Cc:** Gardner, Jonathan <jgardner@labaton.com>; Villegas, Carol C. <cvillegas@labaton.com>; Waisnor, Jonathan
<jwaisnor@labaton.com>; Izzo, Danielle <dizzo@labaton.com>; Mark Miller <mrm@wallacemiller.com>; Matthew
J. Goldstein <mjg@wallacemiller.com>; Ridgway, William (CHI) <William.Ridgway@skadden.com>
**Subject:** [EXTERNAL]RE: Bernstein et al. v. Coinbase Global, Inc. et al., Case No. 1:2025-cv-05313

Thank you, James.

I am adding my partner, Bill Ridgway, to this email thread.

Best,
Meredith

---

**From:** Fee, James M. <jfee@labaton.com>
**Sent:** Thursday, May 15, 2025 10:44 AM
**To:** McTigue Jr., Michael W (NYC) <Michael.McTigue@skadden.com>; Slawe, Meredith C (NYC)
<Meredith.Slawe@skadden.com>; McInerney, Colm P (NYC) <Colm.McInerney@skadden.com>
**Cc:** Gardner, Jonathan <jgardner@labaton.com>; Villegas, Carol C. <cvillegas@labaton.com>; Waisnor, Jonathan
<jwaisnor@labaton.com>; Izzo, Danielle <dizzo@labaton.com>; Mark Miller <mrm@wallacemiller.com>; Matthew
J. Goldstein <mjg@wallacemiller.com>
**Subject:** [Ext] Bernstein et al. v. Coinbase Global, Inc. et al., Case No. 1:2025-cv-05313

Counsel,

Pursuant to the Court's instruction in the attached minute entry from earlier this morning, we write to
inform you of the in-person status conference in the above-captioned action scheduled for Monday, July
14, 2025 at 9:45 a.m. CT in Courtroom 1241 at the Everett McKinley Dirksen United States Courthouse,
219 S. Dearborn Street, Chicago, IL 60604.

Additionally, today's minute entry instructs the parties to meet and discuss the status of the case and prepare a joint status report to be submitted to the Court no later than July 9, 2024. We will be in touch about scheduling that discussion soon.

Thank you,
James



**James M. Fee** | **Of Counsel**
140 Broadway, New York, New York 10005
T: +1 212.907.0728
JFee@labaton.com | www.labaton.com

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

---------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

============================================================
============

***Privilege and Confidentiality Notice*** This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

---------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this

email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

===============================================================
============