# Exhibit B

 **Outlook**

### [EXTERNAL]Coinbase

**From** McTigue Jr., Michael W <Michael.McTigue@skadden.com>
**Date** Mon 6/30/2025 9:55 AM
**To** Gardner, Jonathan <jgardner@labaton.com>

Caution! This message was sent from outside your organization.

Hi Johnathan,

Do you have a few minutes today?

Thanks,
Mike

------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==========================================================================