# Exhibit C

 Outlook

**Re: [EXTERNAL]RE: Bernstein et al. v. Coinbase Global, Inc. et al., Case No. 1:2025-cv-05313**

From Fee, James M. <jfee@labaton.com>
Date Wed 7/2/2025 4:10 PM
To McTigue Jr., Michael W <Michael.McTigue@skadden.com>; Mitchell, Brent E. <bmitchell@labaton.com>; McInerney, Colm P <Colm.McInerney@skadden.com>; Slawe, Meredith C <Meredith.Slawe@skadden.com>; Ridgway, William (CHI) <William.Ridgway@skadden.com>
Cc Gardner, Jonathan <jgardner@labaton.com>; Villegas, Carol C. <cvillegas@labaton.com>; Waisnor, Jonathan <jwaisnor@labaton.com>; Izzo, Danielle <dizzo@labaton.com>; Kenny, Stephen V. <skenny@labaton.com>; Mark Miller <mrm@wallacemiller.com>; Matthew J. Goldstein <mjg@wallacemiller.com>

Michael,

Plaintiffs do not agree to extend the responsive deadline.

Thank you,
James

---

**From:** McTigue Jr., Michael W <Michael.McTigue@skadden.com>
**Sent:** Wednesday, July 2, 2025 4:05:00 PM
**To:** Mitchell, Brent E. <bmitchell@labaton.com>; McInerney, Colm P <Colm.McInerney@skadden.com>; Slawe, Meredith C <Meredith.Slawe@skadden.com>; Ridgway, William (CHI) <William.Ridgway@skadden.com>
**Cc:** Gardner, Jonathan <jgardner@labaton.com>; Villegas, Carol C. <cvillegas@labaton.com>; Waisnor, Jonathan <jwaisnor@labaton.com>; Izzo, Danielle <dizzo@labaton.com>; Fee, James M. <jfee@labaton.com>; Kenny, Stephen V. <skenny@labaton.com>; Mark Miller <mrm@wallacemiller.com>; Matthew J. Goldstein <mjg@wallacemiller.com>
**Subject:** [EXTERNAL]RE: Bernstein et al. v. Coinbase Global, Inc. et al., Case No. 1:2025-cv-05313

Caution! This message was sent from outside your organization.   Allow sender | Block sender | Report

Thank you.  What is your position on CB's request that its responsive deadline be extended until 20 days after either the court either denies its stay motion or any stay is lifted. Yesterday, Jonathan said you would let us know your position today.

**From:** Mitchell, Brent E. <bmitchell@labaton.com>
**Sent:** Wednesday, July 2, 2025 4:01 PM
**To:** McInerney, Colm P (NYC) <Colm.McInerney@skadden.com>; Slawe, Meredith C (NYC) <Meredith.Slawe@skadden.com>; McTigue Jr., Michael W (NYC) <Michael.McTigue@skadden.com>; Ridgway, William (CHI) <William.Ridgway@skadden.com>
**Cc:** Gardner, Jonathan <jgardner@labaton.com>; Villegas, Carol C. <cvillegas@labaton.com>; Waisnor, Jonathan <jwaisnor@labaton.com>; Izzo, Danielle <dizzo@labaton.com>; Fee, James M. <jfee@labaton.com>; Kenny, Stephen V. <skenny@labaton.com>; Mark Miller <mrm@wallacemiller.com>; Matthew J. Goldstein

<mjg@wallacemiller.com>
**Subject:** [Ext] Bernstein et al. v. Coinbase Global, Inc. et al., Case No. 1:2025-cv-05313

Counsel,

As discussed on yesterday's meet and confer, please see attached for a draft of the joint status report.

Best,
Brent Mitchell



**Brent Mitchell** | **Associate**
140 Broadway, New York, New York 10005
T: +1 212.907.0747
BMitchell@labaton.com | www.labaton.com


\*\*\*Privilege and Confidentiality Notice\*\*\* This electronic message contains information that is (a) LEGALLY PRIVILEGED, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not the Addressee(s), or the person responsible for delivering this to the Addressee(s), you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please contact us immediately at 212-907-0700 and take the steps necessary to delete the message completely from your computer system. Thank you.

------------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=========================================================================