# Exhibit Y



Tacy Zysk
Assistant Vice President
2355 Highway 36 W.
Suite 400
Roseville, MN 55113
Telephone: (612)332-6545
Fax: (612)342-2334

April 16, 2025

Jonathan D. Waisnor
Labaton, Keller & Sucharow LLP
140 Broadway
New York, NY 10005
Via Email to: jwaisnor@labaton.com

Michael W. McTigue Jr., Esq.
Skadden, Arps, Slate, Meagher & Form, LLP
One Manhattan West
New York, NY 10001
Via Email to: michael.mctigue@skadden.com

Case Number: 01-24-0003-0061

10,490 Individual Claimants
-vs-
Coinbase, Inc.

Dear Parties:

We are in receipt of Claimants' letter dated April 3, 2025 and Respondent's letter dated April 4, 2025.

Respondent has failed to submit their portion of Per Case fees. Accordingly, we have administratively closed our files. Any Per Case fees received from the Claimants will be refunded under separate cover.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 18 months after the date of this letter.

Sincerely,
/s/
Heather Stout
Manager of ADR Services
Direct Dial: (612)509-2221
Email: heatherstout@adr.org
Fax: (612)342-2334

Cc:    Meredith Slawe, Esq.
        Woodworth B. Winmill
        Shannon Tully
        James M. Fee
        Colm P. McInerney, Esq.
        Jonathan Gardner